IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:22-CR-116 |
| | § | JUDGES KERNODLE/LOVE |
| JIMMY LEE BLAIR (04) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by and through its United States Attorney, would show the Court that the defendant, **Jimmy Lee Blair,** and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

  /s/ Lucas Machicek
LUCAS MACHICEK
Assistant United States Attorney
Texas Bar No. 24064230
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400

## CERTIFICATE OF SERVICE

On January 5, 2023, I, Lucas Machicek, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system and notification of such filing was sent to counsel for defendant.

                                                    */s/ Lucas Machicek*
                                                 LUCAS MACHICEK